UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

BRANDON D. WEBB,

     Plaintiff,

v.

MILOS ENTERPRISES, INC.
d/b/a MCDONALD'S
a Florida Profit Corporation,

     Defendant.

_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, MILOS ENTERPRISES, INC., d/b/a MCDONALD'S, a Florida profit corporation ("Defendant"), pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, hereby gives notice of removal of this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, on the following grounds:

1.         Plaintiff, Brandon D. Webb ("Webb" or "Plaintiff"), commenced this civil action by filing his Complaint on October 23, 2018, in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2018-035998-CA-01 ("State Action"). The Complaint alleges that Defendant violated Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e-2 Title VII; the Florida Civil Rights Act of 1992, Florida Statutes, Chapter 760, et. seq. ("FCRA") and the Civil Rights Act of 1866, 42 U.S.C. ("§1981").[1] The Complaint was served upon Defendant on November 13, 2018. (*See* **Exhibit A**: Summons and Complaint).

---

[1] Defendant denies that it violated Title VII, the FCRA, or the Civil Rights Act.

2. This notice of removal is timely filed within 30 days of service of the Complaint.

3. The Complaint was originally filed in Miami-Dade County. Thus, upon removal, venue properly lies in the United States District Court for the Southern District of Florida, Miami Division.

4. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Defendant are attached hereto as **Exhibit A**.

5. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this notice of removal will be served on Plaintiff, the only adverse party, and the notice will also be filed with the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, a copy of which is attached hereto as **Exhibit B**.

### Federal Question Jurisdiction

6. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

7. "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Because Plaintiff raises claims under Title VII and § 1981, this action presents a federal question that is removable pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1331.

8. Defendant files this Notice in the Miami Division of the United States District Court for the Southern District of Florida because (i) the conduct alleged in the Complaint relates to Plaintiff's employment with Defendant in Miami-Dade County, Florida, (ii) all conduct

is alleged to have occurred within Miami-Dade County, Florida, and (iii) Plaintiff filed his Complaint in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. (*See* **Exhibit A**: Complaint.).

9. By filing this Notice of Removal, Defendants do not admit any of the allegations in the Complaint, or waive any of their defenses. Defendants expressly reserve any objections as to service and personal jurisdiction.

WHEREFORE, Defendant respectfully requests removal of this action from the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida.

Respectfully submitted this 3rd day of December, 2018.

/s/ Rodolfo Gomez
**Rodolfo Gomez, Esq.**
Florida Bar No. 0820903
FordHarrison, LLP
One S.E. 3rd Avenue, Suite 2130
Miami, Florida 33131
Telephone: (305) 808-2108
Facsimile: (305) 808-2101
E-mail: rgomez@fordharrison.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on December 3, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

3

/s/ Rodolfo Gomez
Rodolfo Gomez, Esq.
Counsel for Defendant

## SERVICE LIST

*Attorneys for Plaintiff*

Anthony M. Georges-Pierre, Esq.
Florida Bar Number:   533637
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Tel: (305) 416-5000
E-Mail: agp@rgpattorneys.com

Max L. Horowitz, Esq.
Florida Bar Number: 118269
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Tel: (305) 416-5000
E-Mail: mhorowitz@rgpattorneys.com

WSACTIVELLP:10216590.1